Friedman Vartolo LLP
950 Third Avenue
New York, New York 10022